UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MASSEY,<br>  Plaintiff<br>  v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>  Defendant. | Case No. 2:16-cv-05001-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: June 26, 2017

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE